No. WR-82,576-01

|  |  |  |
|---|---|---|
| | § | COURT OF CRIMINAL |
| EX PARTE | § | |
| DARRIN HOUSTON, | § | APPEALS FOR THE |
| APPLICANT | § | |
| | § | STATE OF TEXAS |

## ADVISORY TO THE COURT

APPLICANT HOUSTON COMES NOW TO ADVISE THE COURT:

1. A HABEAS APPLICATION IS PENDING.

2. HOUSTON WAS APPOINTED COUNSEL FOR DNA TESTING OF EVIDENCE THAT WAS NOT PREVIOUSLY TESTED.

3. HOUSTON IS CURRENTLY WAITING ON THE RESULTS OF THAT TEST.

4. HOUSTON INFORMED THE TRIAL COURT AND MOVED THAT THE APPLICATION BE HELD IN ABEYANCE UNTIL THE DNA TESTING IS COMPLETED, BUT THE TRIAL COURT DID NOT RULE ON HOUSTON'S MOTION.

5. THE WRIT SHOULD BE HELD IN ABEYANCE UNTIL THE DNA TESTING IS COMPLETE SO A SUCCESSIVE PETITION WILL NOT NEED TO BE FILED.

WHEREFORE, HOUSTON PRAYS THAT THE COURT TAKE THE ABOVE INFORMATION UNDER ADVISEMENT.

RESPECTFULLY SUBMITTED,

DATE DECEMBER 31, 2014

Darrin Houston
DARRIN HOUSTON